RECEIVED

DEC 29 2015

AT 8:30_____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BETH WIGHT,

    Plaintiff,

v.

COMENITY BANK,

    Defendant.

Case No.: 3:15-cv-06653-AET-TJB

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ Joann Needleman*
Joann Needleman
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
215-640-8536
Fax: 215-640-8501
Email: jneedleman@clarkhill.com
Attorney for the Defendant

Date: December 28, 2015

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg (AB 0891)
Kimmel & Silverman, P.C.
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: December 28, 2015

BY THE COURT:

_____ J.  12/29/15